# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN GRACE JAMES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HEATHER WILSON, Secretary of the Air Force,<br><br>　　　　Defendant. | CASE No. 1:18-cv-00011-DAD-EPG<br><br>**STIPULATION AND ORDER**<br><br>(ECF No. 5) |

On March 5, 2018, Defendant filed a stipulation to extend the time to file a responsive pleading and a joint scheduling report, and to continue the Mandatory Scheduling Conference in this case. (ECF No. 5). Good cause appearing, this case shall proceed as follows:

1. The deadline for filing defendant's responsive pleading shall be extended by thirty days, to April 6, 2018.
2. The deadline for filing the parties' joint scheduling report shall be extended by thirty days, to April 24, 2018.
3. The Mandatory Scheduling Conference shall be continued by thirty days, and is reset to May 1, 2018, at 10:30 a.m.

IT IS SO ORDERED.

　Dated: **March 12, 2018**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

2