# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

HELEN GRACE JAMES,

Plaintiff,

v.

HEATHER WILSON, Secretary of the Air Force,

Defendant.

Case No. 1:18-cv-00011-DAD-EPG

**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE**

(ECF No. 7)

On April 3, 2018, Plaintiff filed a request for dismissal. (ECF No. 7.) Thus, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   **April 4, 2018**

/s/ Erica P. Groj

UNITED STATES MAGISTRATE JUDGE

1